Marshall A. Caskey, Esq. SBN 065410
mcaskey@caskeyholzman.com
Daniel M. Holzman, Esq. SBN 176663
dholzman@caskeyholzman.com
N. Cory Barari, Esq. SBN 295306
nbarari@caskeyholzman.com
**CASKEY & HOLZMAN**
24025 Park Sorrento, Suite 400
Calabasas, CA 91302
Telephone: (818) 657-1070
Facsimile: (818) 657-1066
Attorneys for Plaintiff,
VANESSA SANTANA

Kiran S. Lopez (SBN 252467)
kirlopez@tesla.com
TESLA, INC.
31353 Huntwood Avenue
Hayward, CA 94544
T: (510) 391-0702
Attorneys for Defendant,
TESLA, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANESSA SANTANA, an individual,<br><br>　　　　　　　　Plaintiff,<br>　　v.<br><br>TESLA MOTORS, INC., a Delaware corporation,<br><br>　　　　　　　　Defendant. | Case No.: 2:23-cv-02143-JAM-AC<br><br>**STIPULATION AND ORDER RE DISMISSSAL OF ENTIRE ACTION WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned parties and through their counsel of record, pursuant to Fed. R. Civ. Pro Rule 41(a)(1)(A)(ii), that Plaintiff Vanessa Santana's claims against Defendant Tesla, Inc., doing business in California as Tesla Motors, Inc., are resolved and this case shall be dismissed in its entirety with prejudice. Each party shall bear its own costs.

Dated: July 9, 2024                                  CASKEY & HOLZMAN

By: /s/ N. Cory Barari
N. Cory Barari
Attorney for Plaintiff Vanessa Santana

Dated:  July 9, 2024                                 TESLA, INC.

By: /s/ Kiran S. Lopez
Kiran S. Lopez
Attorney for Defendant Tesla, Inc.

## ATTESTATION

I attest that all other signatories lists, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: July 9, 2024                                  /s/ N. Cory Barari
                                                     N. Cory Barari

## ORDER

Pursuant to the foregoing Stipulation, this entire action is hereby **DISMISSED** with prejudice.

Dated: July 12, 2024

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE

**STIPULATION AND ORDER RE DISMISSAL WITH PREJUDICE**